United States District Court
Southern District of Texas
**ENTERED**
April 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CARLTON L. HATTON, JR., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:24-cv-64 |
| FREEDOM MORTGAGE, *et al.*, | § § § | |
| Defendant. | § | |

## **ORDER**

Before the court are Roy Castillo's (Dkt. 6) and Mauricio and Carmen Pinto's (Dkt. 9) motions to dismiss. The court will grant the motions.

The Pintos—who are Texas residents—argue, among other things, that the court lacks subject-matter jurisdiction in this matter because "[t]here is no diversity between all the parties[,] and no discernible [f]ederal [q]uestion is presented." Dkt. 9 ¶ 8. The plaintiffs—at least one of whom is a Texas resident, *see* Dkt. 1 at 4—respond that this case "can be best addressed in th[is] forum and under the purview of [f]ederal jurisdiction due to there being companies from different states involved." Dkt. 12.

Given the lack of complete diversity, the court hereby dismisses this case.

Signed on Galveston Island this 15th day of April, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE